J. Thomas Bowen  # 050166
**DAVIS COWELL & BOWE, LLP**
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone:     415-597-7200
Facsimile:     415-597-7201

Attorneys for Defendants UFCW Employers Benefit
Plans of Northern California Group Administration LLC and
UFCW Northern California Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER, | ) Case No.:  1:06-cv-01244 AWI-LJO ) ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE** ) **HEARING ON MOTION TO DISMISS** ) **AND PROPOSED ORDER** |
| v. | ) ) Date: November 6, 2006 |
| UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN CALIFORNIA GROUP ADMINISTRATION, LLC; UFCW NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; and DOES 1 THROUGH 10, INCLUSIVE | ) Time: 8:30 a.m. ) ) Judge: United States District )            Judge Anthony W. Ishii ) ) |
| Defendants | ) ) |

IT IS HEREBY STIPULATED by and between Plaintiff Fresno Community Hospital and

Medical Center, by and through Barbara V. Lam, Esq. of Stephenson, Acquisto & Colman, its

attorneys of record and Defendants UFCW Employers Benefit Plans of Northern California

Group Administration, LLC and UFCW Northern California Health and Welfare Trust Fund, by

and through J. Thomas Bowen, Esq. of Davis, Cowell & Bowe, LLP, their attorneys of record,

that the hearing on Defendants' Motion to Dismiss, currently scheduled for Monday, November

Stipulation to Continue Hearing on Motion to Dismiss

1   6, 2006 at 8:30 a.m., may be continued until Monday, December 11, 2006 at 1:30 a.m.

2          Plaintiff and Defendants further stipulate that the time to file their respective opposition

3   and reply papers to this Motion to Dismiss will be continued as follows:

4          •      Opposition paper will be electronically filed and served at least **14 days** before

5                 December 11, 2006; and

6          •      Reply paper will be electronically filed and served at least **5 court days** before

7                 December 11, 2006.

8          The reason for this Stipulation is to enable the parties to explore settlement of this dispute

9   in light of recently discovered information.

10

11         Dated: October 12, 2006            Stephenson, Acquisto & Colman

12

13                                            By */s/ Barbara V. Lam*
                                                 Barbara V. Lam
14                                               Attorneys for Plaintiff

15         Dated: October 12, 2006            Davis, Cowell & Bowe, LLP

16

17                                            By */s/ J. Thomas Bowen*
                                                 J. Thomas Bowen
18                                               Attorneys for Defendants

19

20

21                              ORDER

22   IT IS SO ORDERED.

23   **Dated:    October 13, 2006**      _____
     0m8i78                              **/s/ Anthony W. Ishii**
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation to Continue Hearing on Motion to Dismiss                          Page 2