**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN CALIFORNIA GROUP ADMINISTRATION, LLC; et al.,**<br><br>　　　　　　**Defendants.** | CV F 06-1244 AWI LJO<br><br>**ORDER GRANTING REQUEST TO CONTINUE HEARING TO DECEMBER 11, 2006**<br><br>**ORDER VACATING NOVEMBER 6, 2006 HEARING**<br><br>(Document #10) |

　　Defendants' motion to dismiss is pending in this action and set for oral argument to be heard on November 6, 2006. On October 12, 2006, the parties filed a stipulation requesting the court move the hearing on Defendants' motion to December 11, 2006. Good cause having been presented to the court, the hearing on Defendants' motion will be held on December 11, 2006. The hearing set for November 6, 2006 is VACATED.

IT IS SO ORDERED.

**Dated:   October 17, 2006**　　　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE