IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER,<br><br>        Plaintiff,<br><br>v.<br><br>UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN CALIFORNIA GROUP ADMINISTRATION, LLC; UFCW NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | CV F 06-1244 AWI LJO<br><br>ORDER VACATING DECEMBER 11, 2006 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

     Defendants' motion to dismiss this action based on ERISA preemption has been set for hearing in this case on December 11, 2006. The court has reviewed the moving papers and opposition and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 11, 2006, is VACATED, and the parties shall not appear at that time. As of December 11, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    __December 6, 2006__           _____/s/ Anthony W. Ishii_____
0m8i78                        UNITED STATES DISTRICT JUDGE